LMP:

AO 91 (Rev. 11/11) Criminal Complaint

2022R00035

# UNITED STATES DISTRICT COURT
## for the
### District of Minnesota

UNITED STATES OF AMERICA

v.

STEVE SHAND

Case No.  22-mj-85 (HB)

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about January 19, 2022, in the State and District of Minnesota, the defendant Steve Shand, did, knowing or in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, transported, and moved or attempted to transport and move such alien, to wit: S.P. and Y.P. within the United States by means of transportation or otherwise, in furtherance of such violation of law, all in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

I further state that I am a Special Agent and that this complaint is based on the following facts:

    SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐ No

_____
Complainant's signature

SUBSCRIBED and SWORN before me
by reliable electronic means (FaceTime and
email) pursuant to Fed. R. Crim. P. 41(d)(3)
on 20th day of January, 2022.

John D. Stanley, Special Agent
_____
Printed name and title

Date:  1/20/2022

_____
Judge's Signature

City and State:  St. Paul, Minnesota

The Honorable Hildy Bowbeer
United States Magistrate Judge
_____
Printed Name and Title