LMP
AO 442 (Rev. 11/11) Arrest Warrant

2022R00035

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

UNITED STATES OF AMERICA

v.

Case No. 22-mj-85 (HB)

STEVE SHAND

## ARREST WARRANT

To:       Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     **STEVE SHAND**
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment  ___ Superseding Indictment  ___ Information  ___ Superseding Information  **X** Complaint
___ Probation Violation Petition  ___ Supervised Release Violation Petition  ___ Violation Notice  ___ Order of the Court

Date: 1/20/2022

_____
*Issuing officer's signature*

City and State:  St. Paul, Minnesota

The Honorable Hildy Bowbeer
United States Magistrate Judge
_____
*Printed Name and Title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date:_____      _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |