**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Hildy Bowbeer |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 22-mj-85 HB |
| | ) | Date: January 20, 2022 |
| Steve Shand, | ) | Video Conference |
| | ) | Time Commenced: 1:34 p.m. |
| Defendant, | ) | Time Concluded: 1:50 p.m. |
| | ) | Time in Court: 16 minutes |

APPEARANCES:

Plaintiff: Laura Provinzino, Assistant U.S. Attorney & Nick Chase, Interim U.S. Attorney (District of ND)
Defendant: Doug Micko, Assistant Federal Public Defender
        X FPD        X To be appointed

Date Charges Filed: 1/20/2022        Offense: transport or attempted transport of an illegal alien

X Advised of Rights

on        X Complaint

X Government moves for detention.
Motion is X granted, temporary detention ordered

Next appearance date is Monday, January 24, 2022 at 3:00 p.m. via video conference before U.S. Magistrate Judge Hildy Bowbeer for:
    X Detention hrg        X Preliminary hrg

Additional Information:
X Defendant consents to this hearing via video conference.
X Oral Rule5(f) Brady notice read on the record.

                                        s/SAE
                                        Signature of Courtroom Deputy