# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 22mj85 (HB) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| STEVE ANTHONY SHAND, | ) | |
| | ) | |
| Defendant. | | |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Douglas L. Micko and Sarah R. Weinman shall appear as appointed *co-counsel* of record for the above named defendant in this case.

Dated: January 21, 2022

*s/Douglas L. Micko*
DOUGLAS L. MICKO
Attorney ID No.  299364
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Dated: January 21, 2022

*s/Sarah R. Weinman*
SARAH R. WEINMAN
Attorney ID No. 401624
Attorney for the Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415