**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE:   Hildy Bowbeer |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:          22-mj-85 HB |
| | ) | Date:              January 24, 2022 |
| Steve Shand, | ) | Court Reporter:   Maria Weinbeck |
| | ) | Video Conference |
| Defendant. | ) | Time Commenced:   3:10 p.m. |
| | | Time Concluded:   3:35 p.m. |
| | | Time in Court:    25 minutes |

x **PRELIMINARY/DETENTION HRG**
     Time in Court Prelim/Det: 8 minutes/ 17 minutes

APPEARANCES:

  Plaintiff: Laura Provinzino, Assistant U.S. Attorney
  Defendant: Doug Micko and Sarah Weinman,
             X FPD

On    X Complaint

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

X Probable cause found. Deft bound over to District Court of Minnesota

Additional Information:
  X Defendant consents to this hearing via video conference.
  Defendant waives the preliminary hearing.
  Defendant detained until transportation is coordinated.

                                                     _____ s/SAE
                                                     Signature of Courtroom Deputy