UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-40 (JRT/LIB)

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEVE ANTHONY SHAND,

Defendant.

**GOVERNMENT'S MOTION
FOR DISCOVERY PURSUANT
TO FEDERAL RULES OF
CRIMINAL PROCEDURE
16(b), 12.1, 12.2, 12.3 AND 26.2**

The United States of America, by and through its attorneys, Charles J. Kovats, Jr.,

Acting United States Attorney for the District of Minnesota, and Laura M. Provinzino,

Assistant United States Attorney, hereby moves the Court:

A.     For its order requiring Steve Anthony Shand, the above-named defendant

(hereinafter defendant), pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure

to disclose and to permit inspection and copying of the following:

1.     <u>Documents and Tangible Objects</u>:  All books, papers, documents,

photographs, tangible objects, or copies or portions thereof, which are within the

possession, custody, or control of the defendant and which the defendant intends to

introduce as evidence in chief at the trial of the above-captioned matter.

2.     <u>Reports of Examinations and Tests</u>:  All results and reports of physical

or mental examinations and of scientific tests or experiments made in connection with the

above-captioned matter, or copies thereof, within the possession or control of the

defendant, which the defendant intends to introduce as evidence in chief at the trial of the

above-captioned matter or which were prepared by a witness whom the defendant intends to call at trial.

3. Expert Testimony: A written summary of testimony the defendant intends to use under Rules 702, 703 and 705 of the Federal Rules of Evidence as evidence at trial. This summary must describe the opinions of the witnesses, the bases and reasons therefore, and the witnesses' qualifications.

B. Alibi: For its order pursuant to Rule 12.1 of the Federal Rules of Criminal Procedure requiring the defendant, Steve Anthony Shand, if he intends to claim alibi as a defense, to state the specific place or places at which the defendant claims to have been at the time of the alleged offenses in the above-captioned matter, specifically January 19, 2022, and the names and addresses of the witnesses upon whom the defendant intends to rely to establish such alibi.

C. Insanity Defense/Mental Illness: For its order pursuant to Rule 12.2 of the Federal Rules of Criminal Procedure requiring the defendant, if he intends to rely upon the defense of insanity or introduce expert testimony relating to a mental disease or defect or any other mental condition of the defendant bearing upon the issue of guilt, to give notice to the government no later than the date of the first hearing on pretrial motions.

D. Public Authority: For its order pursuant to Rule 12.3 of the Federal Rules of Criminal Procedure requiring the defendant, Steve Anthony Shand, if he intends to rely upon a defense of actual or believed exercise of public authority on behalf of a law enforcement agency or federal intelligence agency at the time of the offense, to give notice

to the government and the Court no later than the date of the first hearing on pretrial motions.

E.   <u>Witness Statements</u>:  For its order pursuant to Rule 26.2 of the Federal Rules of Criminal Procedure requiring Steve Anthony Shand, the defendant, to produce all statements in his possession or control of any witness that the defendant calls in connection with a suppression hearing, trial, or sentencing.

Dated: February 25, 2022

Respectfully Submitted,

CHARLES J. KOVATS, JR.
Acting United States Attorney

*s/Laura M. Provinzino*
BY:  LAURA M. PROVINZINO
Assistant United States Attorney
Attorney ID No. 0329691

3