UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 22-40 (JRT/LIB) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **CONTINUANCE OF MOTION** |
| STEVE ANTHONY SHAND, | ) | **FILING DATE AND MOTION** |
| | ) | **HEARING** |
| Defendant. | ) | |

Defendant, Steve Shand, by and through his attorney, Douglas L. Micko, hereby respectfully moves the Court for a continuance of the presently set date for the filing of motions, March 15, 2022, and the motion hearing date of April 8, 2022, on the following grounds: Mr. Shand and undersigned counsel need additional time to review discovery, analyze his matter, and discuss options for resolving his case. Discovery is ongoing, and has not been fully provided as of the date of this writing. The parties have conferred and expect additional discovery will be provided as soon as practicable.

Pursuant to 18 U.S.C. §3161(h)(1), the period of continuance should be excluded from the computation of the Speedy Trial Act. Counsel for the government has been advised of this motion and has no objection to continuing the matter.

For the above reasons, I am requesting that the presently set motion filing date and motion hearing be continued for 60 days.

Dated:   March 14, 2022                    Respectfully submitted,

                                           *s/ Douglas L. Micko*

                                           DOUGLAS L. MICKO
                                           Attorney ID No. 299364
                                           Attorney for Defendant
                                           107 U.S. Courthouse
                                           300 South Fourth Street
                                           Minneapolis, MN 55415