**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 22-40 (JRT/LIB) |
| Plaintiff, | |
| v. | **TRIAL NOTICE** |
| STEVE ANTHONY SHAND, | |
| Defendant. | |

Trial in this case will be held on Monday, July 18, 2022 at 9:00 a.m. in Courtroom 2 before the Honorable John R. Tunheim at 118 South Mill Street, Fergus Falls, Minnesota.

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED,** that:

1.    Pre-trial submissions including a statement of the case, proposed voir dire, and jury instructions shall be filed on or before July 5, 2022.

2.    The parties are directed to submit motions in limine on or before July 5, 2022. Responses are due on or before July 11, 2022.

Dated: March 30, 2022
at Minneapolis, Minnesota

    s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court