UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * * *

United States of America,                                    Criminal No. 22-40 (JRT/LIB)

    Plaintiff,

v.                                                                              ORDER

Steve Anthony Shand,

    Defendant.

* * * * * * * * * * * * * * * * * * * *

Pursuant to the Due Process Protections Act, Pub. L. No. 116-182, the Court reminds the United States of its obligation to disclose to the Defendant all exculpatory evidence – that is, evidence which favors the Defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. Failure to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

DATED: April 15, 2022                         s/Leo I. Brisbois
                                                            Hon. Leo I. Brisbois
                                                            U.S. MAGISTRATE JUDGE