UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 22-40 (JRT/LIB) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **CONTINUANCE OF MOTION** |
| STEVE ANTHONY SHAND, | ) | **FILING DATE AND MOTION** |
| | ) | **HEARING** |
| Defendant. | ) | |

Defendant, Steve Shand, by and through his attorney, Douglas L. Micko, hereby respectfully moves the Court for a continuance of the presently set date for the filing of motions, May 16, 2022, and the motion hearing date of June 8, 2022, on the following grounds: Mr. Shand and undersigned counsel need additional time to review discovery, analyze his matter, and discuss options for resolving his case.

Pursuant to 18 U.S.C. §3161(h)(1), the period of continuance should be excluded from the computation of the Speedy Trial Act. Counsel for the government has been advised of this motion and has no objection to continuing the matter.

For the above reasons, I am requesting that the presently set motion filing date and motion hearing be continued for 30 days.

Dated: May 16, 2022

Respectfully submitted,

*s/ Douglas L. Micko*

DOUGLAS L. MICKO
Attorney ID No. 299364
Attorney for Mr. Shand
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415