UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 22-40 (JRT/LIB) |
| | ) | |
| v.          Plaintiff, | ) | |
| | ) | **STATEMENT OF FACTS IN** |
| STEVE ANTHONY SHAND, | ) | **SUPPORT OF EXCLUSION OF TIME** |
| | ) | **UNDER THE SPEEDY TRIAL ACT** |
| Defendant. | ) | |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Steve Shand, the defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act. I need additional time to review discovery and consult with my attorney regarding discovery and possible resolution of this case. Based on the above facts, I request that a period of time of 30 days be excluded from the time in which I would otherwise have to be brought to trial on my case. I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated: May 16, 2022

_____
STEVE ANTHONY SHAND
Defendant

Dated: May 16, 2022

_____
DOUGLAS L. MICKO
Attorney ID No.: 299364
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415