UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,           )     Criminal No. 22-40 (JRT/LIB)
                                    )
              Plaintiff,            )
      v.                            )
                                    )
STEVE ANTHONY SHAND,                )     **STATEMENT OF FACTS IN SUPPORT**
                                    )     **OF EXCLUSION OF TIME UNDER THE**
              Defendant.            )     **SPEEDY TRIAL ACT**

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Steve Shand, the defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act. I need additional time to review and consult with my attorney regarding discovery and conduct further case investigation. Based on the above facts, I request that the period-of-time from now until 45 days be excluded from the time in which I would otherwise have to be brought to trial on my case. I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated:    June 15. 2022                   _____
                                          STEVE SHAND
                                          Defendant

Dated:    June 15, 2022                   _s/ Douglas L. Micko_____
                                          DOUGLAS L. MICKO
                                          Attorney ID No.: 299364
                                          Attorney for Defendant
                                          107 U.S. Courthouse
                                          300 South Fourth Street
                                          Minneapolis, MN 55415