UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 22-40 (JRT/LIB) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **CONTINUANCE OF MOTION** |
| STEVE ANTHONY SHAND, | ) | **FILING DATE AND MOTION** |
| | ) | **HEARING** |
| Defendant. | ) | |

Defendant, Steve Shand, by and through his attorney, Douglas L. Micko, hereby respectfully moves the Court for a continuance of the presently set date for the filing of motions, August 1, 2022, and motion hearing of August 22, 2022 on the following grounds: Mr. Shand and undersigned counsel need additional time to review discovery, analyze his matter, and discuss options for resolving his case.

Pursuant to 18 U.S.C. § 3161(h)(1), the period of continuance should be excluded from the computation of the Speedy Trial Act. The government does not object to Mr. Shand's request for a continuance.

For the above reasons, I am requesting that the presently set motion filing date and motion hearing be continued for 30 days.

Dated:   August 1, 2022                    Respectfully submitted,

                                           s/ Douglas L. Micko

                                           _____
                                           DOUGLAS L. MICKO
                                           Attorney ID No. 299364
                                           Attorney for Defendant
                                           107 U.S. Courthouse
                                           300 South Fourth Street
                                           Minneapolis, MN 55415