UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 22-40 (JRT/LIB) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **CONTINUANCE OF MOTION** |
| STEVE ANTHONY SHAND, | ) | **FILING DATE AND MOTION** |
| | ) | **HEARING** |
| Defendant. | ) | |

Defendant, Steve Shand, by and through his attorney, Douglas L. Micko, hereby respectfully moves the Court for a continuance of the presently set date for the filing of motions, September 30, 2022, and motion hearing of October 21, 2022 on the following grounds:  Mr. Shand and undersigned counsel need additional time to review discovery and consider his case options. Mr. Shand had intended to travel from his home in Florida to Minnesota to meet with counsel this week, but due to the impending landfall of Hurricane Ian, Mr. Shand was forced to cancel those plans and postpone the meeting.

Pursuant to 18 U.S.C. § 3161(h)(1), the period of continuance should be excluded from the computation of the Speedy Trial Act. The government does not object to Mr. Shand's request for a continuance.

For the above reasons, I am requesting that the presently set motion filing date and motion hearing be continued for 30 days.

Dated:   September 28, 2022                     Respectfully submitted,

                                                *s/ Douglas L. Micko*

                                                _____

                                                DOUGLAS L. MICKO
                                                Attorney ID No. 299364
                                                Attorney for Defendant
                                                107 U.S. Courthouse
                                                300 South Fourth Street
                                                Minneapolis, MN 55415