UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 22-40 (JRT/LIB) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **STATEMENT OF FACTS IN SUPPORT** |
| STEVE ANTHONY SHAND, | ) | **OF EXCLUSION OF TIME UNDER THE** |
| | ) | **SPEEDY TRIAL ACT** |
| Defendant. | | |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Steve Shand, the defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act. I need additional time to review and consult with my attorney regarding discovery and conduct further case investigation. I do not live in Minnesota, and expected to travel to Minnesota to meet with my lawyers in October. However, Hurricane Ian made landfall at the same time of my planned trip, forcing me to cancel my reservations. I am in the process of rescheduling a trip to Minnesota to meet with my attorneys, but the hurricane had a substantial impact so I have been occupied with that as well. I expect to be able to travel to Minnesota sometime in November, but not until then.

Based on the above facts, I request that the period-of-time from now until 45 days be excluded from the time in which I would otherwise have to be brought to trial on my case. I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my

rights under the Speedy Trial Act.


Dated:   October 27, 2022          s/Steve Shand
                                   STEVE SHAND
                                   Defendant



Dated:   October 27, 2022          s/Douglas L. Micko
                                   DOUGLAS L. MICKO
                                   Attorney ID No.: 299364
                                   Attorney for Defendant
                                   107 U.S. Courthouse
                                   300 South Fourth Street
                                   Minneapolis, MN 55415