UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 22-40 (JRT/LIB) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **STATEMENT OF FACTS IN SUPPORT** |
| STEVE ANTHONY SHAND, | ) | **OF EXCLUSION OF TIME UNDER THE** |
| | ) | **SPEEDY TRIAL ACT** |
| Defendant. | ) | |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Steve Shand, the defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act. I need additional time to review and consult with my attorney regarding discovery and conduct further case investigation. My family and I are continuing to recover from Hurricane Ian, such that I have not had the chance to travel to Minnesota to meet with my attorneys about my case.

Based on the above facts, I request that the period-of-time from now until 30 days be excluded from the time in which I would otherwise have to be brought to trial on my case. I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated:   January 30, 2023          *s/Steve Shand*
                                   STEVE SHAND
                                   Defendant

Dated:   January 30, 2023          *s/Douglas L. Micko*
                                   DOUGLAS L. MICKO
                                   Attorney ID No.: 299364
                                   Attorney for Defendant
                                   107 U.S. Courthouse
                                   300 South Fourth Street
                                   Minneapolis, MN 55415