UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: 22-CR-40 (JRT/LIB) |
| Plaintiff, | |
| v. | **MOTION FOR DISCLOSURE OF RULE 404(B) EVIDENCE** |
| STEVE ANTHONY SHAND, | |
| Defendant. | |

Defendant, Steve Shand, by and through his attorney, and pursuant to Rule 12(b)(4)(B), Federal Rules of Criminal Procedure, and Rule 104(a), Federal Rules of Evidence, moves this Court for an Order requiring the Government to give notice of its intention to use at the trial, either in its direct case, during the cross-examination of Mr. Shand, or in its rebuttal case, the following:

1.  Evidence of "other crimes, wrongs, or acts" of any defendant, as that phrase is used in FED.R.EVID. 404(b).

    a.  In regard to said notice, the government should identify and describe:

        (i)   The dates, times, places, and persons involved in said other crimes, wrongs, or acts;
        (ii)  The statements of each participant in said other crimes, wrongs, or acts;
        (iii) The documents which contain evidence of said other crimes, wrongs, or acts, including when the documents were prepared, who prepared the documents, and who has possession of the documents; and
        (iv)  The issue or issues on which the government believes such other crimes, wrongs, or acts evidence is relevant within FED.R.EVID. 404(b).

1

2.    Evidence of "specific instances of conduct" of any defendant as that phrase is used in FED.R.EVID. 608(b).

    a.    In regard to said notice, the government should identify and describe:

        (i)    The dates, times, places, and persons involved in said specific acts of misconduct;

        (ii)    The statements of each participant in specific acts of misconduct; and

        (iii)    The documents which contain evidence of said specific acts of misconduct, including when the documents were prepared, who prepared the documents, and who has possession of the documents.

WHEREFORE, Mr. Shand respectfully requests that if the Government intends to introduce 404(b) evidence, this Court Order the Government to make a sufficiently detailed notice so that he may file the appropriate motions *in limine*. The timing of the Government's disclosure should be made no later than **twenty-eight days** before trial. Thirty days will allow Mr. Shand enough time to investigate the alleged bad acts and raise the appropriate objections prior to any pre-trial conference.

Dated: May 1, 2023

                                  Respectfully submitted,

                                    *s / Aaron J. Morrison*
                                    AARON J. MORRISON
                                    Attorney, ID No. 341241
                                    Attorney for Defendant
                                    107 U.S. Courthouse
                                    300 South Fourth Street
                                    Minneapolis, MN  55415