UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-40 (JRT/LIB)

UNITED STATES OF AMERICA,

Plaintiff,

v.

(1) HARSHKUMAR RAMANLAL PATEL,
a/k/a "Dirty Harry,"
a/k/a Harry Patel,
a/k/a Param Singh,
a/k/a Haresh Rameshlal Patel,
a/k/a Harshkumar Singh Patel, and
(2) STEVE ANTHONY SHAND,

Defendants.

**SUPERSEDING
INDICTMENT**

8 U.S.C. § 1324(a)(1)(A)(i)
8 U.S.C. § 1324(a)(1)(A)(ii)
8 U.S.C. § 1324(a)(1)(A)(v)
8 U.S.C. § 1324(a)(1)(B)(i)
8 U.S.C. § 1324(a)(1)(B)(iii)

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT ONE

Conspiracy To Bring Aliens to the United States Causing Serious Bodily Injury and
Placing Lives in Jeopardy

On or about January 19, 2022, in the District of Minnesota and elsewhere, the

defendant,

**HARSHKUMAR RAMANLAL PATEL,
a/k/a "Dirty Harry,"
a/k/a Harry Patel,
a/k/a Param Singh,
a/k/a Haresh Rameshlal Patel,
a/k/a Harshkumar Singh Patel,**

did knowingly and intentionally combine, conspire, confederate and agree with others

known and unknown to the Grand Jury, knowing that persons were aliens, to bring

and attempt to bring to the United States in any manner whatsoever such persons at



United States v. Harshkumar Ramanlal Patel et al.                    Criminal No. 22–40 (JRT/LIB)

a place other than a designated port of entry or place other than as designated by the

Commissioner, regardless of whether such aliens had received prior official

authorization to come to, enter, and reside in the United States and regardless of any

future official action which may be taken in respect to such aliens, causing serious

bodily injury and placing in jeopardy the life of such aliens, all in violation of Title 8,

United     States     Code,     Sections     1324(a)(1)(A)(i),     1324(a)(1)(A)(v)(I),     and

1324(a)(1)(B)(iii).

## COUNT TWO
Aiding and Abetting Bringing Aliens to the United States Causing Serious Bodily
Injury and Placing Lives in Jeopardy

On or about January 19, 2022, in the District of Minnesota and elsewhere, the

defendant,

**HARSHKUMAR RAMANLAL PATEL,**
**a/k/a "Dirty Harry,"**
**a/k/a Harry Patel,**
**a/k/a Param Singh,**
**a/k/a Haresh Rameshlal Patel,**
**a/k/a Harshkumar Singh Patel,**

and others, aided and abetted by each other and others known and unknown to the

Grand Jury, did knowingly bring, and attempt to bring, in any manner whatsoever,

aliens to the United States, in any manner whatsoever such persons at a place other

than a designated port of entry or place other than as designated by the

Commissioner, regardless of whether such aliens had received prior official

authorization to come to, enter, and reside in the United States and regardless of any

future official action which may be taken in respect to such aliens, causing serious

bodily injury and placing in jeopardy the life of such aliens, all in violation of Title 8,

United States v. Harshkumar Ramanlal Patel et al.                    Criminal No. 22–40 (JRT/LIB)

United States Code, Sections 1324(a)(1)(A)(i), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(iii).

## COUNT THREE
Bringing or Attempting To Bring Aliens to the United States Causing Serious Bodily Injury and Placing Lives in Jeopardy

On or about January 19, 2022, in the District of Minnesota and elsewhere, the defendant,

### HARSHKUMAR RAMANLAL PATEL,
### a/k/a "Dirty Harry,"
### a/k/a Harry Patel,
### a/k/a Param Singh,
### a/k/a Haresh Rameshlal Patel,
### a/k/a Harshkumar Singh Patel,

knowing that persons were aliens, did bring and attempt to bring to the United States in any manner whatsoever such persons at a place other than a designated port of entry or place other than as designated by the Commissioner, regardless of whether such aliens had received prior official authorization to come to, enter, and reside in the United States and regardless of any future official action which may be taken in respect to such aliens, causing serious bodily injury and placing in jeopardy the life of such aliens, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(1)(B)(iii).

## COUNT FOUR
Conspiracy To Transport Aliens Causing Serious Bodily Injury and Placing Lives in Jeopardy

On or about January 19, 2022, in the District of Minnesota and elsewhere, the defendants

### HARSHKUMAR RAMANLAL PATEL,

United States v. Harshkumar Ramanlal Patel et al.                    Criminal No. 22–40 (JRT/LIB)

**a/k/a "Dirty Harry,"**
**a/k/a Harry Patel,**
**a/k/a Param Singh,**
**a/k/a Haresh Rameshlal Patel,**
**a/k/a Harshkumar Singh Patel, and**
**STEVE ANTHONY SHAND,**

did knowingly and intentionally combine, conspire, confederate and agree with others, known and unknown to the Grand Jury, to commit the following offense against the United States: to transport and move, and attempt to transport and move, by means of transportation or otherwise, aliens who entered and remained in the United States in violation of law, knowing and in reckless disregard of the fact that said aliens came to, entered, and remained in the United States in violation of law, and in furtherance of such violation and during and in relation to which caused serious bodily injury and placed in jeopardy the life of such aliens, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(iii).

**COUNT FIVE**
Aiding and Abetting the Transport of Aliens in the United States Causing Serious
Bodily Injury and Placing Lives in Jeopardy

On or about January 19, 2022, in the District of Minnesota and elsewhere, the defendants,

**HARSHKUMAR RAMANLAL PATEL,**
**a/k/a "Dirty Harry,"**
**a/k/a Harry Patel,**
**a/k/a Param Singh,**
**a/k/a Haresh Rameshlal Patel,**
**a/k/a Harshkumar Singh Patel, and**
**STEVE ANTHONY SHAND,**

aided and abetted by each other and others known and unknown to the Grand Jury,

4

United States v. Harshkumar Ramanlal Patel et al.                    Criminal No. 22–40 (JRT/LIB)

did knowingly to commit the following offense against the United States: to transport

and move, and attempt to transport and move, by means of transportation or

otherwise, aliens who entered and remained in the United States in violation of law,

knowing and in reckless disregard of the fact that said aliens came to, entered, and

remained in the United States in violation of law, and in furtherance of such violation

and during and in relation to which caused serious bodily injury and placed in

jeopardy the life of such aliens, all in violation of Title 8, United States Code, Sections

1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(iii).

### COUNT SIX
Transportation of Aliens in the United States Causing Serious Bodily Injury and
Placing Lives in Jeopardy

On or about January 19, 2022, in the District of Minnesota and elsewhere, the

defendants,

**HARSHKUMAR RAMANLAL PATEL,**
**a/k/a "Dirty Harry,"**
**a/k/a Harry Patel,**
**a/k/a Param Singh,**
**a/k/a Haresh Rameshlal Patel,**
**a/k/a Harshkumar Singh Patel, and**
**STEVE ANTHONY SHAND,**

did knowingly transport and move, and attempt to transport and move, by means of

transportation or otherwise, aliens who entered and remained in the United States

in violation of law, knowing and in reckless disregard of the fact that said aliens came

to, entered, and remained in the United States in violation of law, and in furtherance

of such violation and during and in relation to which caused serious bodily injury and

placed in jeopardy the life of such aliens, all in violation of Title 8, United States Code,

Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(iii).

United States v. Harshkumar Ramanlal Patel et al.                    Criminal No. 22–40 (JRT/LIB)

## COUNT SEVEN
Transportation of Aliens in the United States For the Purpose of Commercial
Advantage and Private Financial Gain

On or about January 19, 2022, in the District of Minnesota and elsewhere, the

defendants,

**HARSHKUMAR RAMANLAL PATEL,**
**a/k/a "Dirty Harry,"**
**a/k/a Harry Patel,**
**a/k/a Param Singh,**
**a/k/a Haresh Rameshlal Patel,**
**a/k/a Harshkumar Singh Patel, and**
**STEVE ANTHONY SHAND,**

did knowingly transport and move, and attempt to transport and move, by means of

transportation or otherwise, aliens who entered and remained in the United States

in violation of law, knowing and in reckless disregard of the fact that said aliens came

to, entered, and remained in the United States in violation of law, and in furtherance

of such violation for the purpose of commercial advantage and private financial gain,

all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and

1324(a)(1)(B)(i).

## FORFEITURE ALLEGATIONS

Counts 1 through 7 of this Superseding Indictment are hereby realleged and

incorporated as if fully set forth herein by reference, for the purpose of alleging

forfeitures pursuant to Title 18, United States Code, Section 982(a)(6).

Upon conviction of the offenses in Counts 1 through 7 of this Superseding

Indictment, the Defendants shall forfeit to the United States of America, pursuant to

Title 18, United States Code, Section 982(a)(6):

6

United States v. Harshkumar Ramanlal Patel et al.                Criminal No. 22–40 (JRT/LIB)

(A)    any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense; and

(B)    any property, real or personal –

    i.    that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense; or

    ii.   that is used to facilitate, or is intended to be used to facilitate, the commission of the offense.

The property to be forfeited includes, but is not limited to, the following:   two black-colored Samsung cellular telephones bearing IMEI numbers 359011830852004 and 350336260884618 and one blue-colored Apple iPhone bearing IMEI number 353869220320890.

If any of the above-described forfeitable property is unavailable, the United States intends to seek the forfeiture of substitute property as provided in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

_____        _____

UNITED STATES ATTORNEY            FOREPERSON