UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| United States of America, | Criminal No. 22-cr-40 (JRT/LIB) |
| Plaintiff, | |
| v. | NOTICE OF ARRAIGNMENT |
| Harshkumar Ramanlal Patel (1), | |
| Defendant. | |

* * * * * * * * * * * * * * * * * * * *

A Superseding Indictment was returned on **March 21, 2024**, regarding the above matter.

The Arraignment of the above-named Defendant is set for **Wednesday, March 27, 2024, at 11:00 a.m.** before Magistrate Judge Leo I. Brisbois via video conference using the Zoom platform.  Connection information will be email to the parties.


DATED:  March 22, 2024                                    s/Leo I. Brisbois
                                                                              Hon. Leo I. Brisbois
                                                                              U.S. MAGISTRATE JUDGE