# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **AMENDED** COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Leo I. Brisbois |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 22-cr-40 (1) (JRT/LIB) |
| | ) | Date: April 26, 2024 |
| Harshkumar Ramanlal Patel, | ) | Courthouse: Duluth |
| | ) | Courtroom: Courtroom 3 |
| Defendant, | ) | Court Reporter: Digital Recording |
| | | Time Commenced: 10:33 a.m. |
| | | Time Concluded: 11:06 a.m. |
| | | Time in Court: 33 minutes |

**X DETENTION HRG ONLY**

APPEARANCES:

    Plaintiff: Laura Provinzino, Mike McBride, Assistant U.S. Attorneys
    Defendant: Thomas Leinenweber, Esq.
    Pretrial Services: Ameer Fisher

X Hearing on Defendant's Motion for Reconsideration of Detention [Docket No. 82] and Government's Motion for Detention and Opposition of Defendant's Motion for Reconsideration [Docket No. 85]

X The Government's Motion for Detention [Docket No. 85] is GRANTED. Government to submit proposed Order.

Additional Information:

X Government exhibits 1, 2 and 3 admitted for the purposed of this hearing only.

 

                                                                                                      s/JLB
                                                                      Signature of Courtroom Deputy