UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-40-02 (JRT/LIB)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **NOTICE OF INTENT TO CALL WITNESS** |
| v. | |
| STEVE ANTHONY SHAND, | |
| Defendant. | |

Please be advised that at the May 9, 2024 motions hearing in this case, the United States will call as a witness Christopher Oliver, Border Patrol Agent, whose direct testimony will take an estimated hour. This is related to defendant's suppression motion, ECF No. 83. Specifically, Agent Oliver will testify to a pattern of human smuggling observed in the month-and-a-half leading up to the traffic stop of Steve Anthony Shand and all of the reasons for the stop and subsequent arrest of Shand on January 19, 2022.

Dated: May 1, 2024

Respectfully Submitted,

ANDREW M. LUGER
United States Attorney

*/s Laura M. Provinzino*
BY: LAURA M. PROVINZINO
Attorney Registration No. 0329691
Assistant United States Attorney