# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA
# CRIMINAL MOTION HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>Steve Anthony Shand (2),<br><br>               Defendant. | **COURT MINUTES**<br>BEFORE: Leo I. Brisbois<br>U.S. Magistrate Judge |

| | |
|---|---|
| Case No: | 22-cr-40 (JRT/LIB) |
| Date: | May 9, 2024 |
| Court Reporter: | Digital Recorder |
| Courthouse: | Duluth |
| Courtroom: | 3 |
| Time Commenced: | 2:58 p.m. |
| Time Concluded: | 4:11 p.m. |
| Sealed Hearing Time: | N/A |
| Time in Court: | 1 Hour & 13 Minutes |
| Hearing Type: | Evidentiary |

APPEARANCES:

Plaintiff: Laura Provinzino (Assistant U.S. Attorney)
For Defendant Steve Anthony Shand (1): Aaron J. Morrison, FPD

Non-Dispositive motions taken under advisement as of today: **81**
Dispositive motion taken under advisement as of **the day after the due date of the Gov't's suppl. brief**: **83**

☒ ORDER TO BE ISSUED     ☒ R&R TO BE ISSUED     ☐ Exhibits retained by the Court

Additional Information:
- Defendant will order a 14-day transcript of the Motions Hearing. Defendant's supplemental brief is due 14 days after receipt of said transcript. Government's supplemental brief is due 14 days after the filing of Defendant's supplemental brief.
- Witness: Christopher Oliver

s/Jose Gonzalez<br>Signature of Law Clerk