| UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA (Rev. 03/2018) | TRANSCRIPT ORDER *CJA counsel please complete an AUTH24 in CJA eVoucher* *Please read instructions on next page.* | COURT USE ONLY **NOTES:** |
|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER Tracey Bodway | 2a. CONTACT PHONE NUMBER 612-664-5858 | 3. CONTACT EMAIL ADDRESS zzMNFDMailbox@fd.org |
| 1b. ATTORNEY NAME (if different) Aaron Morrison | 2b. ATTORNEY PHONE NUMBER 612-664-5858 | 3. ATTORNEY EMAIL ADDRESS Aaron_Morrison@fd.org |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) Office of the Federal Defender Suite 107 US Courthouse 300 South Fourth Street Minneapolis, MN  55415 | 5. CASE NAME (Include defendant number, for criminal cases only) *United States v. Steve Anthony Shand* | 6. CASE NUMBER 22-cr-40 (JRT/LIB) |
|---|---|---|
| 7. COURT REPORTER NAME, if applicable Digitally Recorded | 8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):  CJA: Do not use this form; use AUTH24 in CJA. ☐ APPEAL    X CRIMINAL    ☐ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached) ☐ NON-APPEAL    ☐ CIVIL ☐ Standing Order (**MDL** only) | |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)    b. SELECT FORMAT(S) *NOTE: ECF access is included.*    c. DELIVERY TYPE *Delivery times are not guaranteed.*

| DATE | JUDGE (initials) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | EXPEDITED (3-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME (rough draft) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/9/24 | LIB | | 1 | | | | | √ | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional). 11. SIGNATURE *s/ Aaron Morrison* | 12. DATE May 13, 2024 |
|---|---|