## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 22-40 (JRT/LIB) |
| Plaintiff, | |
| v. | **TRIAL NOTICE** |
| HARSHKUMAR RAMANLAL PATEL, et al., | |
| Defendant. | |

---

Laura Provinzino, Michael McBride, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for plaintiff.

Gabrielle R Sansonetti, **GABRIELLE R. SANSONETTI,** 120 N. LaSalle St., Ste 2000, Chicago, IL 60602, Thomas Leinenweber, **LEINENWEBER BARONI & DAFFADA, LLC,** 120 N LaSalle St, Ste 2000, Chicago, IL 60602, Thomas C Plunkett, **ATTORNEY AT LAW,** 101 E 5th St Ste 1500, St Paul, MN 55101, for defendant Harshkumar Patel.

Aaron J Morrison, Daniel Huddleston, Assistant Federal Defenders, **OFFICE OF THE FEDERAL DEFENDER,** 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant Steve Shand.

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED,** that:

1. Trial will be held on Monday, November 18, 2024 at 9:00 a.m. in Courtroom 1 before the Honorable John R. Tunheim at 118 South Mill Street, Fergus Falls, Minnesota.

2. Pre-trial submissions including a statement of the case, proposed voir dire, and jury instructions shall be filed on or before October 28, 2024.

3. The parties are directed to submit motions in limine on or before October 28, 2024. Responses are due on or before November 4, 2024.

4. Final pretrial conference and hearing on the motions in limine is set on November 14, 2024 at 10:00 a.m. in courtroom 14E at the courthouse in Minneapolis.

5. The time from the date of this order to the trial set on 11/18/2024 shall be excluded in computing the time within which the trial in this matter must commence under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A). The ends of justice will be served by continuing the trial date. This finding is based upon the Court's conclusion that the failure to grant such a continuance would unreasonably deny the parties a right to a fair and just hearing.

Dated: July 10, 2024  
at Minneapolis, Minnesota

                                               s/John R. Tunheim  
                                               JOHN R. TUNHEIM  
                                       United States District Judge