## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
## Criminal No. 22-40 (JRT/LIB)


**UNITED STATES OF AMERICA,**

|  |  |
|---|---|
| **Plaintiff,** | **GOVERNMENT'S** |
| **v.** | **SUPPLEMENTAL** |
|  | **NOTICE OF INTENT TO** |
| **(1)HARSHKUMAR RAMANLAL PATEL** | **OFFER EVIDENCE** |
| **a/k/a "Dirty Harry,"** | **UNDER FEDERAL** |
| **a/k/a Harry Patel,** | **RULE OF EVIDENCE** |
| **a/k/a Param Singh,** | **902(11)** |
| **a/k/a Haresh Rameshlal Patel,** | |
| **a/k/a Harshkumar Singh Patel, and** | |
| **(2)STEVE ANTHONY SHAND,** | |

**Defendants.**


The United States of America by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, Assistant United States Attorney Michael P. McBride and Trial Attorney Ryan Lipes, hereby gives supplemental notice of its intent to offer evidence under Federal Rules of Evidence 902(11). This notice supplements the Government's previously filed notice in ECF 123.

Under Rule 902(11), the government hereby gives notice that its trial exhibits may include business records from the following entities, authenticated by a certification of the records custodian:

| Entity | Summary of Records | Bates Number of 902(11) Certification | Bates Numbers of Underlying Records |
|---|---|---|---|
| T-Mobile US, Inc. | Subscriber and Call Detail Records for (386) 898-1637 | 7377 | 7380-7381 |
| Turo | Turo Rental Car Records | 2030 | 2031-2044 |

As noted above, the certifications and the underlying records have been provided in discovery.

Dated: October 28, 2024   Respectfully submitted,

ANDREW M. LUGER
United States Attorney

By: */s/ Ryan Lipes*
   Ryan Lipes
   Trial Attorney
   U.S. Department of Justice
   N.Y. Bar No. 5404843
   (202) 514-4715
   Ryan.Lipes@usdoj.gov

   Michael P. McBride
   Assistant United States Attorney