# United States District Court
## STATE AND DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>HARSHKUMAR RAMANLAL PATEL, et al., | **GOVERNMENT'S INITIAL EXHIBIT LIST**<br>NO. 22-40 (JRT/LIB) |

| DISTRICT COURT JUDGE<br>John R. Tunheim | GOVERNMENT'S ATTORNEY<br>Michael P. McBride, AUSA<br>Ryan Lipes, Trial Attorney | DEFENDANT'S ATTORNEY<br>Aaron Morrison, Esq.<br>Lisa Lopez, Esq.<br>Thomas Leinenweber, Esq.<br>Thomas Plunkett, Esq. |
|---|---|---|
| TRIAL DATE(S)<br>November 18, 2024 | COURT REPORTER | COURTROOM DEPUTY<br>Heather Arent |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 1 | | | | NDAWN Data |
| 2 | | | | NWS Chart |
| 3 | | | | Map of area |
| 4 | | | | Photos of van |
| 5 | | | | Enterprise Rental Agreement from Van |
| 6 | | | | Alamo Rental Agreement from Van |
| 7 | | | | La Quinta Receipt from Van |
| 8 | | | | Walmart Receipt |
| 9 | | | | Shoeprint from Previous Smuggling Event |
| 10 | | | | Backpack from previous smuggling event with Indian rupees price tag |
| 11 | | | | Photo of Migrants' Boots and Clothing |
| 12 | | | | Dhobi Backpack |
| 13 | | | | Photos of Dhobi Backpack and Contents |
| 14 | | | | Grey Duffle Bag |
| 15 | | | | Photos of Patel Family from Dhobi's Backpack |
| 16 | | | | Prescription in Dhobi's Backpack for Jagdish Patel |
| 17 | | | | Photos of Grey Duffle Bag and Contents |
| 18 | | | | Arpitkumar Patel - Record of Deportable Alien with Photo |
| 19 | | | | Maheshbai Patel - Record of Deportable Alien with Photo |
| 20 | | | | Princekumar Chaudhari - Record of Deportable Alien with Photo |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 21 | | | | Sumitkumar Patel - Record of Deportable Alien with Photo |
| 22 | | | | Yash Patel - Record of Deportable Alien with Photo |
| 23 | | | | Varshil Dhobi - Record of Deportable Alien with Photo |
| 24 | | | | Priyanka Chaudhari - Record of Deportable Alien with Photo |
| 25 | | | | Arpitkumar Patel - Canadian Student Visa |
| 26 | | | | Arpitkumar Patel - Passport |
| 27 | | | | Maheshbai Patel and Priyanka Chaudhari Passport |
| 28 | | | | Princekumar Chaudhari Passport |
| 29 | | | | Sumitkumar Patel - Canadian Student Visa |
| 30 | | | | Sumitkumar Patel Passport |
| 31 | | | | Yash patel - Canadian Student Visa |
| 32 | | | | Yash Patel Passport |
| 33 | | | | Varshil Dhobi - Canadian Student Visa |
| 34 | | | | Varshil Dhobi Passport |
| 35 | | | | Shand Samsung Galaxy A12 |
| 36 | | | | Shand Samsung Galaxy S21 |
| 37 | | | | Photo of Patel Family |
| 38 | | | | Harry Patel iPhone 13 |
| 39 | | | | Harry Patel Maryland ID |
| 40 | | | | Photo of Harry Patel Maryland ID |
| 41 | | | | 902(14) Certification - Jesse Smith |
| 42 | | | | Shand Cell Phone Extraction 1 - Samsung Galaxy A12 |
| 43 | | | | Shand Cell Phone Extraction 2 - Samsung Galaxy S21 |
| 44 | | | | 902(14) Certification - Lisa Gemar |
| 45 | | | | Harry Cell iPhone 13 Extraction |
| 46 | | | | Demonstrative Exhibit to Display Exs 42, 43, and 45 |
| 47 | | | | Priyanka Chaudhari Hospital Photographs |
| 48 | | | | Priyanka Chaudhari Boots |
| 49 | | | | Photos of Priyanka Chaudhari Boots |
| 50 | | | | Priyanka Chaudhari Medical Records - Kittson |
| 51 | | | | Maheshbai Patel Medical Records - Kittson |
| 52 | | | | Priyanka Chaudhari Medical Records - HealthPartners |
| 53 | | | | Photo of Fenil Patel |
| 54 | | | | RCMP Crime Scene Photos |
| 55 | | | | D.P. Passport |
| 56 | | | | V.P. Passport |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 57 | | | | Jagdish Patel Passport |
| 58 | | | | Vaishaliben Patel Passport |
| 59 | | | | D.P. Autopsy Photos |
| 60 | | | | V.P. Autopsy Photos |
| 61 | | | | Jagdish Patel Autopsy Photos |
| 62 | | | | Vaishaliben Patel Autopsy Photos |
| 63 | | | | Certified Copy of Patel A-File |
| 64 | | | | Capital One Records - Haresh Patel |
| 65 | | | | Bank of America Account 0875 |
| 66 | | | | Bank of America Account 1110 |
| 67 | | | | Bank of America Account 3869 |
| 68 | | | | Bank of America Account 7033 |
| 69 | | | | Bank of America Account 8879 |
| 70 | | | | Enterprise Records |
| 71 | | | | Avis Records |
| 72 | | | | Hertz Records |
| 73 | | | | Turo Records |
| 74 | | | | Delta Records - Shand |
| 75 | | | | Delta Records - Brown |
| 76 | | | | Southwest Records |
| 77 | | | | Summary of Airline Records |
| 78 | | | | Summary of Bank of America Records |
| 79 | | | | Summary of Car Rental Records |
| 80 | | | | Summary of Key Dates, Car Rentals, Deposits, and Flights |
| 81 | | | | T-Mobile Subscriber Records for -0618 |
| 82 | | | | T-Mobile CDR for -2408 |
| 83 | | | | T-Mobile Subscriber Records for -2408 |
| 84 | | | | T-Mobile CDR for -2408 |
| 85 | | | | T-Mobile Subscriber Records for -5315 |
| 86 | | | | T-Mobile CDR for -5315 |
| 87 | | | | Verizon Subscriber Records for -1996 |
| 88 | | | | Verizon CDR for -1996 |
| 89 | | | | T-Mobile Subscriber Records for -1637 |
| 90 | | | | T-Mobile CDR for -1637 |
| 91 | | | | CAST PowerPoint |
| 92 | | | | Patel Arrest Fingerprints |
| | | | | |
| | | | | ***The government reserves the right to introduce additional exhibits as the evidence develops at trial and in rebuttal.*** |