UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
*Criminal No.: 22-40 (JRT/LIB)(1)*

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> vs. </br></br> HARSHKUMAR PATEL, </br></br> Defendant. | **DEFENDANT'S MOTION IN LIMINE** </br> **DEFENDANT'S IMMIGRATION STATUS** |

The Defendant, HARSHKUMAR PATEL, by and through the undersigned attorney, moves the Court for an order barring the introduction of any evidence regarding the Defendant's immigration status. Such evidence is not relevant, because Defendant's immigration status is not an element of the crimes of which the Defendant is charged. While his immigration status is therefore irrelevant to any material or disputed issue, the introduction of such evidence at the trial in this case would be highly inflammatory and unduly prejudicial, and would result in unfair proceedings in this case. This motion is made pursuant to the Fifth, Sixth, and Eighth Amendments of the United States Constitution and Rules 402 and 403 of the Federal Rules of Evidence.

Respectfully submitted,

Dated: October 28, 2024

*/s/ Thomas More Leinenweber*
Thomas More Leinenweber
Appearing Pro Hac Vice
Attorney for Defendant
120 North LaSalle Street, Suite 2000
Chicago, IL 60602
Phone: (312) 403-1312
Email: thomas@ilesq.com