UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
*Criminal No.: 22-40 (JRT/LIB)(1)*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>HARSHKUMAR PATEL, )<br>)<br>)<br>Defendant. )<br>) | **DEFENDANT'S MOTION IN LIMINE ADVANCE NOTICE OF TESTIFYING WITNESSES** |

The Defendant, Harshkumar Patel, by and through Counsel, moves this Court for an order requiring the Government to reveal the identities of intended witnesses prior to close of trial the prior day. This motion is necessary to assure Mr. Patel is able to properly confront witnesses, assure due process and prevent needless delay.

Respectfully submitted,

Dated: October 28, 2024

*/s/ Thomas More Leinenweber*
Thomas More Leinenweber
Appearing Pro Hac Vice
Attorney for Defendant
120 North LaSalle Street, Suite 2000
Chicago, IL 60602
Phone: (312) 403-1312
Email: thomas@ilesq.com