# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
*Criminal No.: 22-40 (JRT/LIB)(1)*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>vs.<br><br>HARSHKUMAR PATEL,<br><br><br>                  Defendant. | **DEFENDANT'S MOTION IN LIMINE PROHIBIT OPINIONS REGARDING CHARACTER** |

Mr. Patel moves this Court for an order directing the government to refrain from eliciting opinion evidence from any testifying witness as to truthfulness of Mr. Patel's past statements or any other personal opinions as to Mr. Patel's character. *United States v. Roundtree*, 534 F.3d 876, 880 (8th Cir. 2008) (Improper vouching may occur when the government expresses a personal opinion about credibility, implies a guarantee of truthfulness, or implies it knows something the jury does not).

|  | Respectfully submitted, |
|---|---|
| Dated: October 28, 2024 | */s/ Thomas More Leinenweber*<br>Thomas More Leinenweber<br>Appearing Pro Hac Vice<br>Attorney for Defendant<br>120 North LaSalle Street, Suite 2000<br>Chicago, IL 60602<br>Phone: (312) 403-1312<br>Email: thomas@ilesq.com |