UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | Criminal No. 22-40(2) (JRT/LIB) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **MOTION TO REQUEST** |
| STEVE ANTHONY SHAND, | ) | **TRAVEL AUTHORIZATION** |
| Defendant. | ) | |

Steve Shand, through his attorneys, Aaron Morrison and Lisa M. Lopez, hereby moves the Court pursuant to Title 18, United States Code, § 4285, for an order to "direct the United States Marshal to arrange for that person's means of non-custodial transportation or furnish the fare for such transportation to the place where his appearance is required, and . . . to furnish that person with an amount of money for subsistence expenses to his destination . . . ."

Mr. Shand has been released from custody and resides in the State of Florida. He is ordered to appear in the District of Minnesota at Minneapolis, Minnesota for a Pretrial Conference to be held on November 14, 2024 at 10:00 a.m. He is without funds to accomplish that travel and requests the Court to authorize the Marshal to expend such funds for his flight from Orlando, Florida to Minneapolis, Minnesota.

Dated: October 29, 2024	Respectfully submitted,

*s/Lisa M. Lopez*

LISA M. LOPEZ
Attorney ID No. 395791
AARON MORRISON
Attorney ID No. 0341241
Attorneys for Mr. Shand
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415