UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | Criminal No. 22-40(2) (JRT/LIB) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **MOTION TO REQUEST** |
| STEVE ANTHONY SHAND, | ) | **TRAVEL AUTHORIZATION** |
| Defendant. | ) | |

Steve Shand, through his attorneys, Aaron Morrison and Lisa M. Lopez, hereby moves the Court pursuant to Title 18, United States Code, § 4285, for an order to "direct the United States Marshal to arrange for that person's means of non-custodial transportation or furnish the fare for such transportation to the place where his appearance is required, and . . . to furnish that person with an amount of money for subsistence expenses to his destination . . . ."

Mr. Shand has been released from custody and resides in the State of Florida. He is ordered to appear in the District of Minnesota at Fergus Falls, Minnesota for a Jury Trial on November 18, 2024. He is without funds to accomplish that travel and requests the Court to authorize the Marshal to expend such funds for his travel from Minneapolis, Minnesota to Fergus Falls, Minnesota.

Dated: October 29, 2024

Respectfully submitted,

*s/Lisa M. Lopez*

LISA M. LOPEZ
Attorney ID No. 395791
AARON MORRISON
Attorney ID No. 0341241
Attorneys for Mr. Shand
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415