

**U.S. Department of Justice**

United States Attorney
District of Minnesota

| | |
|---|---|
| *600 United States Courthouse* | Telephone: *(612) 664-5600* |
| *300 South Fourth Street* | Fax: *(612) 664-5787* |
| *Minneapolis, MN 55415* | |

March 1, 2022

**Via Email and USAfx**
Douglas L. Micko
Sarah R. Weinman
Federal Defender's Office
300 South Fourth Street, Suite 107
Minneapolis, MN 55415

Re:  *United States v. Steve Anthony Shand*, 22-cr-40 (JRT/LIB)
   **Initial Government Disclosures**

Mr. Micko and Ms. Weinman:
aa
   Pursuant to the government's discovery obligations, material related to this case is available for your immediate download and review via USAfx. Please be aware that this material will remain on USAfx for 60 days. These materials are Bates numbered: 0001 through 0568. I am not making redactions to the materials or seeking a protective order. I would ask that you discuss protecting personally identifiable information (PII) with Mr. Shand, so this material is not disclosed beyond your defense team. As you know, there are multiple digital devices and email accounts obtained pursuant to search warrants. Should you have a specific request to review certain information, let me know. I will work to accommodate the request.

   Finally, as always, should you have any questions about this or anything else in the case, please do not hesitate to contact me. I look forward to learning more from Mr. Shand next week.

                    Sincerely,

                    CHARLES J. KOVATS, JR.
                    Acting United States Attorney

                    *s/ Laura M. Provinzino*

            BY:  LAURA M. PROVINZINO
                    Assistant United States Attorney