November 6, 2024

The Honorable John R. Tunheim
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

      **Re:** *United States v. Harshkumar Patel*
            *Case No. 22 CR 40*

Dear Judge Tunheim:

By way of this letter, defendant Harshkumar Patel respectfully adopts Defendant Steve Anthony Shand's Second Motion in Limine ECF No. 151 for the reasons stated therein.

Very truly yours,

Thomas More Leinenweber
Direct: 312-403-1312
thomas@ilesq.com

cc:    Michael McBride
        Aaron Morrison
        Lisa Lopez