UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-40 (JRT/LIB)

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

(1) HARSHKUMAR RAMANLAL PATEL
a/k/a "Dirty Harry,"
a/k/a Harry Patel,
a/k/a Param Singh,
a/k/a Haresh Rameshlal Patel,
a/k/a Harshkumar Singh Patel, and
(2) STEVE ANTHONY SHAND,

        Defendants.

VERDICT FORM

[This space intentionally left blank]

## COUNT ONE

**Defendant HARSHKUMAR RAMANLAL PATEL:**

1. We, the jury, find Defendant HARSHKUMAR RAMANLAL PATEL _____ (*Guilty/Not Guilty*) of Conspiracy to Bring Aliens to the United States as charged in Count 1 of the Indictment.

2. If you find the defendant "guilty," you must answer the following questions and you must unanimously agree on the answer. During and in relation to the offense:

> Did the defendant cause serious bodily injury to any person?
> Yes \_\_\_\_\_          No \_\_\_\_\_
>
> Did the defendant place in jeopardy the life of any person?
> Yes \_\_\_\_\_          No \_\_\_\_\_

**Defendant STEVE ANTHONY SHAND:**

3. We, the jury, find Defendant STEVE ANTHONY SHAND _____ (*Guilty/Not Guilty*) of Conspiracy to Bring Aliens to the United States as charged in Count 1 of the Indictment.

4. If you find the defendant "guilty," you must answer the following questions and you must unanimously agree on the answer. During and in relation to the offense:

> Did the defendant cause serious bodily injury to any person?
> Yes \_\_\_\_\_          No \_\_\_\_\_
>
> Did the defendant place in jeopardy the life of any person?
> Yes \_\_\_\_\_          No \_\_\_\_\_

## COUNT TWO

**Defendant HARSHKUMAR RAMANLAL PATEL:**

5.  We, the jury, find Defendant HARSHKUMAR RAMANLAL PATEL _____ (*Guilty/Not Guilty*) of Conspiracy to Transport Aliens as charged in Count 2 of the Indictment.

6.  If you find the defendant "guilty," you must answer the following questions and you must unanimously agree on the answer. During and in relation to the offense:

> Did the defendant cause serious bodily injury to any person?
> Yes _____   No _____
>
> Did the defendant place in jeopardy the life of any person?
> Yes _____   No _____

**Defendant STEVE ANTHONY SHAND:**

7.  We, the jury, find Defendant STEVE ANTHONY SHAND _____ (*Guilty/Not Guilty*) of Conspiracy to Transport Aliens as charged in Count 2 of the Indictment.

8.  If you find the defendant "guilty," you must answer the following questions and you must unanimously agree on the answer. During and in relation to the offense:

> Did the defendant cause serious bodily injury to any person?
> Yes _____   No _____
>
> Did the defendant place in jeopardy the life of any person?
> Yes _____   No _____

## COUNT THREE

**Defendant HARSHKUMAR RAMANLAL PATEL:**

9.  We, the jury, find Defendant HARSHKUMAR RAMANLAL PATEL _____ (*Guilty/Not Guilty*) of Attempted Transportation of Aliens in the United States for the Purpose of Commercial Advantage or Private Financial Gain as charged in Count 3 of the Indictment.

**Defendant STEVE ANTHONY SHAND:**

10. We, the jury, find Defendant STEVE ANTHONY SHAND _____ (*Guilty/Not Guilty*) of Attempted Transportation of Aliens in the United States for the Purpose of Commercial Advantage or Private Financial Gain as charged in Count 3 of the Indictment.

## COUNT FOUR

**Defendant HARSHKUMAR RAMANLAL PATEL:**

11. We, the jury, find Defendant HARSHKUMAR RAMANLAL PATEL _____ (*Guilty/Not Guilty*) of Aiding and Abetting the Attempted Transportation of Aliens in the United States for the Purpose of Commercial Advantage or Private Financial Gain as charged in Count 4 of the Indictment.

**Defendant STEVE ANTHONY SHAND:**

12. We, the jury, find Defendant STEVE ANTHONY SHAND _____ (*Guilty/Not Guilty*) of Aiding and Abetting the Attempted Transportation of Aliens in the United States for the Purpose of Commercial Advantage or Private Financial Gain as charged in Count 4 of the Indictment.

Dated: November \_\_\_\_, 2024            _____
                                                                        JURY FOREPERSON