**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
*Criminal No.: 22-40 (JRT/LIB)(1)*

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br> )<br>           Plaintiff,  )<br> )<br>vs.  )<br> )<br>HARSHKUMAR PATEL,  )<br> )<br> )<br>           Defendant.  )<br> ) | **DEFENDANT'S MOTION IN LIMINE TO BAR TESTIMONY OF EXPERT CRAIG HELLMAN** |

The Defendant, Harshkumar Patel, by and through Counsel, respectfully moves this Court for an Order prohibiting the government from offering any testimony by Craig Hellman, a senior fingerprint specialist at HSI Forensic Laboratory.

1. On October 29, 2024, the Government disclosed expert witness Craig Hellman, senior fingerprint specialist at HSI Forensic Laboratory. EFT No. 145-2.

2. The subject of the proffered testimony of Mr. Hellman is that he performed an analysis of the fingerprints of Defendant Patel and that the prints taken on the date of Mr. Patel's arrest on February 21, 2024 match those taken of Mr. Patel on September 30, 2020 by the New York City Police Department.

3. The government has no evidence that fingerprints belonging to Mr. Patel were taken at the scene of the crime in the case at bar. Therefore, the fingerprints are of no evidentiary value and would only serve to confuse the jury and would result in unfair proceedings in this case. This motion is made pursuant to the Fifth, Sixth, and Eighth Amendments of the United States Constitution and Rules 402 and 403 of the Federal Rules of Evidence.

Respectfully submitted,

Dated:  November 13, 2024        */s/ Thomas More Leinenweber*
Thomas More Leinenweber
Appearing Pro Hac Vice
Attorney for Defendant
120 North LaSalle Street, Suite 2000
Chicago, IL 60602
Phone: (312) 403-1312
Email: thomas@ilesq.com

2