| | **OFFICE OF THE** | |
|---|---|---|
| *KATHERIAN D. ROE<br>Federal Defender | **FEDERAL DEFENDER**<br>**District of Minnesota** | JAMES BECKER<br>ROB MEYERS<br>ERIC RIENSCHE |
| *MANNY ATWAL<br>First Assistant Defender | 107 U.S. Courthouse<br>300 South Fourth Street | LISA LOPEZ<br>*JEAN BRANDL<br>MATTHEW DEATES |
| CHAD M. SPAHN<br>Senior Investigator | Minneapolis, MN 55415<br>Phone: 612-664-5858<br>Fax: 612-664-5850 | *AARON MORRISON<br>DAN HUDDLESTON<br>SIRI CARLSON MCDOWELL<br>AMBROISE DECILAP<br>KATE ADAMS |
| *MSBA Certified Criminal Law Specialist | | Assistant Defenders |

November 16, 2024

*VIA ECF*

The Honorable John R. Tunheim
United States District Judge
300 South Fourth Street
Minneapolis, MN 55415

      Re:   <u>United States v. Steve Shand</u>
             *Case No.:  22-cr-40*

Dear Judge Tunheim:

Counsel for Steve Shand has reviewed the Government's November 15, 2024, correspondence to the Court (ECF #164) regarding Count 4 of the second superseding indictment. Assuming Counsel is correctly reading the Government's letter, Mr. Shand agrees with the Government's position. Namely, that Count 4 is properly charged, that the maximum sentencing exposure is five years, and the financial gain enhancement will be presented as an element of the offense.

If you have any questions, please do not hesitate to contact me.

Sincerely,

*s/ Aaron Morrison*

Aaron Morrison
Assistant Federal Defender

AM/sls