*KATHERIAN D. ROE
 Federal Defender

*MANNY ATWAL
 First Assistant Defender

CHAD M. SPAHN
 Senior Investigator

*MSBA Certified Criminal Law Specialist

**OFFICE OF THE**
**FEDERAL DEFENDER**
**District of Minnesota**
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5858
Fax: 612-664-5850

JAMES BECKER
ROB MEYERS
ERIC RIENSCHE
LISA LOPEZ
*JEAN BRANDL
MATTHEW DEATES
*AARON MORRISON
DAN HUDDLESTON
SIRI CARLSON MCDOWELL
AMBROISE DECILAP
KATE ADAMS
Assistant Defenders

November 16, 2024

*VIA ECF*

The Honorable John R. Tunheim
United States District Judge
300 South Fourth Street
Minneapolis, MN 55415

    Re:   <u>United States v. Steve Shand</u>
          *Case No.: 22-cr-40*

Dear Judge Tunheim:

Counsel for Steve Shand writes to advise the Court that Yash Patel, who the Government indicated at the pre-trial conference will be called as a witness, should be advised of his rights before he testifies. Mr. Patel is one of the alleged illegal aliens that was detained by the Government on January 19, 2022. A review of the Government's disclosures regarding Mr. Patel reveals that he is not represented by counsel, that he does not have an agreement with the Government in relation to his testimony, and that his testimony under oath will at the minimum expose him to criminal liability for illegal entry and likely adverse immigration consequences. Counsel believes Mr. Patel should be advised of his rights and appointed an attorney prior to his testimony.

Sincerely,

*s/ Aaron Morrison*

Aaron Morrison
Assistant Federal Defender

AM/sls