UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
*Criminal No.: 22-40 (JRT/LIB)(1)*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| HARSHKUMAR PATEL, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF FILING

TO:   The Honorable Andrew M. Luger
United States Attorney
300 South 4th Street, Suite 600
Minneapolis, MN 55415
Attn: Michael McBride

Sara De La Riva Brunzell
U.S. Probation Officer
300 South Fourth Street, Suite 406
Minneapolis, MN 55415

PLEASE TAKE NOTICE that on February 28, 2025, I caused to be filed via electronic filing with the Clerk of the U.S. District Court, District of Minnesota, the attached: **DEFENDANT'S HARSHKUMAR PATEL'S OBJECTIONS TO THE PRESENTENCE REPORT.**

          s/ <u>Thomas More Leinenweber</u>
          *Attorney for Defendant*

Thomas More Leinenweber
Appearing Pro Hac Vice
Leinenweber Daffada & Sansonetti, LLC
120 N. LaSalle Street Suite 2000
Chicago, Illinois 60602
312-606-8705
312-403-1312 (cell)
tom@ilesq.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have caused true and correct copies of this Notice and Motion to be served on all parties pursuant to F. R.Civ.P. 5(b)(2)(D) through the court's Electronic Case Filing System at the electronic address appearing on record on February 28, 2025.

          s/ <u>Thomas More Leinenweber</u>
          *Attorney for Defendant*

                                              Respectfully submitted,

Dated:   February 28, 2025        /s/ *Thomas More Leinenweber*
                                              Thomas More Leinenweber
                                              Appearing Pro Hac Vice
                                              Attorney for Defendant
                                              120 North LaSalle Street, Suite 2000
                                              Chicago, IL 60602
                                              Phone: (312) 403-1312
                                              Email: thomas@ilesq.com