UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 22-40 (JRT/LIB)

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

(1) 1. HARSHKUMAR RAMANLAL
    PATEL
    a/k/a "Dirty Harry,"
    a/k/a Harry Patel,
    a/k/a Param Singh,
    a/k/a Haresh Rameshlal Patel,
    a/k/a Harshkumar Singh Patel, and

2. STEVE ANTHONY SHAND,

             Defendants.

**GOVERNMENT'S MOTION
FOR EXTENTION OF TIME
TO FILE SENTENCING
POSITIONS**

The United States of America, by and through its attorneys, Lisa D.

Kirkpatrick, Acting United States Attorney for the District of Minnesota, and

Michael McBride, Assistant United States Attorney, hereby moves the Court

for an order extending the time for filing sentencing positions until two weeks

before the sentencing hearings.

Currently, sentencing positions are due on April 1, 2025. Both

Government Counsel are preparing for trial in unrelated cases and require

additional time to draft thorough sentencing positions. The undersigned has

conferred with counsel for both defendants.  They do not object to extending the time for filing until two weeks before the sentencing hearings.

Dated:  March 31, 2025                Respectfully Submitted,

                                      LISA D. KIRKPATRICK
                                      Acting United States Attorney


                                      *s/ Michael P. McBride*
                              BY:  MICHAEL P. MCBRIDE
                                      Assistant United States Attorney


                                      RYAN LIPES
                                      Trial Attorney