UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-CR-040 (JRT/LIB)

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                      **NOTICE OF APPEARANCE**

PATEL ET AL,

      Defendant.

Please add and remove the following Assistant United States Attorney to the above-captioned case:

| Add AUSA | Remove AUSA |
|---|---|
| Lisa Kirkpatrick | Michael McBride |

Dated: May 28, 2025

Respectfully submitted,

LISA D. KIRKPATRICK
Acting United States Attorney

BY: *s/Lisa D. Kirkpatrick*
Lisa D. Kirkpatrick
Assistant U.S. Attorney