UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-40 (JRT/LIB)

UNITED STATES OF AMERICA,

      Plaintiff,

v.                      **NOTICE OF APPEARANCE**

HARSHKUMAR RAMANLAL PATEL, ET AL.,

      Defendant.

Please add the following Assistant United States Attorney to the above-captioned case:

<u>Add AUSA</u>

Garrett S. Fields

Dated: August 26, 2025                Respectfully submitted,

                                             JOSEPH H. THOMPSON
                                             Acting United States Attorney

                                             *s/Garrett S. Fields*

                              BY:   GARRETT S. FIELDS
                                             Assistant U.S. Attorney