

U.S. Department of Justice

United States Attorney
District of Minnesota

*600 United States Courthouse*  Telephone: (612) 664-5600
*300 South Fourth Street*         Fax: (612) 664-5787
*Minneapolis, MN 55415*

**VIA CM/ECF**   November 18, 2025

The Honorable John R. Tunheim
Senior United States District Judge
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

    Re:    *United States v. Steve Anthony Shand*
            Criminal No. 22-40(2) (JRT/LIB)

Dear Judge Tunheim:

    The Government writes this letter to formally withdraw its opposition to Defendant Steve Shand's motion to seal trial transcripts. *See* ECF No. 293 (Mot. to Seal); ECF No. 297 (Gov't Response in Opposition). That said, should circumstances require disclosure of any trial records in the future, the government respectively asks that it be permitted to make those disclosures, so long as it receives leave of Court and provides advance notice to the defendants.

                                  Respectfully Submitted,

                                  DANIEL N. ROSEN
                                  United States Attorney

                                *s/ Garrett S. Fields*
                                GARRETT S. FIELDS
                                Assistant U.S. Attorney